Dear Sir,

My name is John Duellman, I am writing in regard to my brother Richard Duellman. I am hoping to provide a bit of information as to his character and behavior.

Because of Rich our Mother is alive! In Nov of 2018, she had suffered a massive stroke and did not show up to see him as they we're intending to go shopping prior to her going to work. He had an odd sense, called me, and asked if I had spoken to her, said something didn't seem right, He drove out to her house. Heard her calling for help and kicked in the door found her laying there and called 911. Because of his actions we still have a mother. I am so thankful he was there.

Over the next year he and I made a game plan as our parents are aging and in need of more assistance. He was to take care of our father who now lives alone in Rhinelander out in the country, and I am taking care of our mom who is in currently in a care facility in Seymour.

He had a good paying job and understood the importance of being there for our father. Did he make mistakes? Yes. But does that warrant the mandatory minimum of 10 years! Absolutely not! Better in my opinion would be a stayed sentence with the requirement to complete SO4.

Thank you for your time Your Honor

Sincerely: John Duellman